Erwin M. BOSLER

v.

Mitchell SUGARMAN.

No. 79–292–A.

Supreme Court of Rhode Island.

Jan. 17, 1980.

Temkin, Merolla & Zurier, Amedeo C. Merolla, Providence, for plaintiff.

Smith & Smith, Incorporated, Z. Hershel Smith, Providence, for defendant.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Tuesday, March 4, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.

Marc S. FELLER

v.

Debra Z. FELLER.

No. 80–16–A.

Supreme Court of Rhode Island.

Jan. 17, 1980.

Howard I. Lipsey, Providence, for petitioner.

Kirshenbaum & Kirshenbaum, Albert J. Mainelli, Providence, for respondent.

## ORDER

The petitioner's motion for stay is denied. The papers in this case have not been transmitted to this court and, consequently, the Family Court retains jurisdiction to hear respondent's motion to adjudge petitioner in contempt. Since no portion of the Family Court record is in this court, the motion to remand must be denied.

DORIS, J., did not participate.